# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 16, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711


      Re: Chad William Murray
          v. Texas
          No. 15-67
          (Your No. PD-1230-14)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 14, 2015 and placed on the docket July 16, 2015 as No. 15-67.


Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst


RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk